UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO SANCHEZ IZQUIERDO,

        Plaintiff,

        v.

E. GALVIN, et al.,

        Defendants.

No. C 15-3527 NC (PR)

**ORDER OF DISMISSAL**

On July 31, 2015, Plaintiff Pedro Sanchez Izquierdo, proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983.[1] That same day, the court sent a notification to Plaintiff, informing him that he did not pay the filing fee, and his application to proceed in forma pauperis ("IFP") was incomplete. The court provided Plaintiff with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if he failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-days have passed, and Plaintiff has not communicated with the court.

Accordingly, the case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 4.)

IT IS SO ORDERED AND ADJUDGED.

DATED: September 15, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge

2